IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

MAR 14 2023

Clerk, U.S. District Court
By_____ Deputy Clerk

_____Ronald E. Brown_____ )
_____ )
_____ )
                                 )
_____ )
(Enter above the full name of the Plaintiff(s) )
                                 )
vs.                              )     Case Number__2:23-cv-02113-TC-ADM__
                                 )
_____KU Family Med_____ )
Name                             )
__4000 Cambridge St._____ )
Street and number                )
__Kansas City___KS___66160__ )
City          State      ZipCode )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

**CIVIL COMPLAINT**

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any, on the back side of this sheet).

A.   Name of plaintiff__Ronald E. Brown_____

     Address__2201 E Cedar St._____
     _____Olathe, KS 66062_____
     _____

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B.  Defendant _Aundria N. Eoff and Margaret L Smith_ is

   employed at _KU Family Med_

   _____

C.  Additional Defendants_____

   _____

   _____

II.  Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A.  (If Applicable) Diversity of citizenship and amount:

   1.  Plaintiff is a citizen of the State of _Kansas_ .

   2.  The first-named defendant above is either

      a.  a citizen of the State of _____; or

      b.  a corporation incorporated under the laws of the State of
         _Kansas_ and having its principal place of business
         in a State other than the State of which plaintiff is a citizen.

   3. The second-named defendant above is either

      a.  a citizen of the State of _____; or

      b.  a corporation incorporated under the laws of the State of
         _Kansas_ and having its principal place of business in a
         State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for each additional defendant on a separate page and attach it to this complaint.)
Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B.     (If applicable)   Jurisdiction founded on grounds other than diversity
(Check any of the following which apply to this case).

☐  1.     This case arises under the following section of the Constitution of
the United States or statute of the United States (28 U.S.C. §1331):
Constitution, Article_____, Section_____;
Statute, US Code, Title_____, Section_____.

☐  2.     This case arises because of violation of the civil or equal rights,
privileges, or immunities accorded to citizens of, or persons within
the jurisdiction of, the United States (28 U.S.C. §1343).

☒  3.     Other grounds (specify and state any statute which gives rise to such
grounds):

_____malpractice  law  suit_____

_____

_____

_____

III.     Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to
relief.   State what each defendant did that violated the right(s) of the plaintiff, including
dates and places of such conduct by the defendant(s).   Do not set forth legal arguments.
If you intend to allege more than one claim, number and set forth each claim in a separate
paragraph.   Attach an additional sheet, if necessary, to set forth a short and plain statement
of the claim[s].)

_Plaintiff was involved in malpractice by defendents_
_giving Ronald E. Brown medicine that caused_
_his right foot and leg to be amputated. The_
_medicine is called gabapentin._

_____

IV.     Relief:

(State briefly exactly what judgement or relief you want from the Court.   Do not make
legal arguments.)

3

I want summary judgement from the court in the amount of $450,000.00.

V.      Do you claim the wrongs alleged in your complaint are continuing to occur at the present time? Yes ☒    No ☐

VI.     Do you claim actual damages for the acts alleged in your complaint?
        Yes ☒    No ☐

VII.    Do you claim punitive monetary damages?   Yes ☒    No ☐

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

I am claiming damages of $450,000.00 due to loss of employment and permanent disability for the mistreatment of the PCP doctor and associates at KU Family Medicine.

4

VIII.    Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency?
Yes ☐   No ☒

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

_____

_____

_____

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

_It wasn't an employment procedure._____

_____

_____

IX.    Related Litigation:

Please mark the statement that pertains to this case:

☐    This cause, or a substantially equivalent complaint, was previously filed in this court as case number _____ and assigned to the Honorable Judge _____.

☒    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

*Ronald E. Brown*
Signature of Plaintiff

_Ronald E Brown_
Name (Print or Type)

_3201 E. Cedar St._
Address
_Olathe, KS 66062_

Olathe    KS    66062
City        State        Zip Code

(913) 286-9811
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { ☐ Wichita, ☒ Kansas City, or ☐ Topeka} , Kansas as the
(Select One)

location for the trial in this matter.

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury { ☒ Yes or ☐ No }
(Select One)

_Ronald E. Brown_
Signature of Plaintiff

Dated: 03/09/23
(Rev. 10/15)

6

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
U.S. District Court
District of Kansas

RONALD E. BROWN,

                Plaintiff,

VS.

MAR 1 4 2023

Clerk, U.S. District Court
By _____ Deputy Clerk

KU FAMILY MED
4000 CAMBRIDGE ST.
KANSAS CITY , KS 66160

2:23-cv-02113-TC-ADM

 AUNDRIA N EOFF, MD
MARGARET L SMITH, MD - PCP

                Defendant

---

This lawsuit is in regards to the malpractice procedures done by 2 doctors at KU Family Med named in the lawsuit. Margaret L Smith, the primary care doctor, is a black lady doctor. Aundria Eoff is an associate doctor to Margaret Smith. I had been making appointments to see my primary care doctor about my foot last year and was not given an appointment until July of 2022 and did not get to see the doctor. I ended up having my foot and leg amputated from the medicine prescribed by them. The medicine was prescribed in April of 2022 and my foot was amputated in June of 2022. At that time I went to 2 other outside doctor firms, Overland Park Regional and a foot doctor at 119th and 7 Highway in Lenexa Kansas. This lawsuit is coming forth by Ronald E Brown due to lack of professionalism by KU Family Med staff. All Ronald Brown needed was antibiotic medicine. The other 2 outside firms said that all Ronald needed was an antibiotic and needed to follow up with his PCP with whom he never got to see.

---

In this amendment plaintiff has medical records from Olathe Medical Hospital in Olathe, Kansas. These records are attached with this filing. Mr. Brown has tried to establish a settlement proposal with KU Family Med and it's patient relations department and they have not responded. This led to me filing a federal lawsuit in the US District Court for settlement.

---

Plaintiff settlement agreements through federal rules and procedures seeks the amount of $450,000.00 for the malpractice and unprofessionalism of KU Family Med that led to my leg being amputated so that I cannot work anymore.

Signed by,
Ronald E. Brown

_Ronald E. Brown_

_2201 E Cedar St_

_Olathe, KS 66062_